**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

LIBERTY INSURANCE CORPORATION, an Illinois corporation,

Plaintiff,

v.

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC, a Colorado limited liability company d/b/a MERCHANTS MORTGAGE & TRUST CORPORATION and JOSE RICARDO SARABIA MARTINEZ, an individual,

Defendants.

**COMPLAINT FOR DECLARATORY AND OTHER RELIEF**

Liberty Insurance Corporation, by and through their attorneys, Lawrence D. Stone and Chris G. Baumgartner of Dufford & Brown, P.C., for its cause of action states and alleges as follows:

**PARTIES**

1.   Liberty Insurance Corporation ("Liberty Insurance") is an Illinois corporation in good standing, with its principal place of business in Massachusetts.

2.   Upon information and belief, Merchants Mortgage & Trust Corporation, LLC ("Merchants"), is a Colorado limited liability company in good standing, engaged in civilian affairs, with its principal place of business in Colorado.

3.   Upon information and belief, Jose Ricardo Sarabia Martinez ("Martinez") is an individual over the age of eighteen years, engaged in civilian affairs and a resident of Colorado.

{00582675.1}

## JURISDICTION AND VENUE

4. Jurisdiction and venue for this declaratory action is proper before this Court pursuant to Fed.R.Civ.P. 57, 28 U.S.C. § 2201, and 28 U.S.C. § 1332 based on diversity jurisdiction and that the amount in controversy exceeds $75,000.

## GENERAL ALLEGATIONS

5. Upon information and belief Martinez purchased a residential property at located at 251 Harrison Street, Denver, Colorado ("Harrison Property").

6. Upon information and belief, on or about June 28, 2011, Martinez obtained a loan from Merchants to refinance and/or make improvements to the Harrison Property ("Loan").

7. The Loan was secured by a Deed of Trust dated June 28, 2011 from Martinez and others for the benefit of Merchants.

8. Upon information and belief, Martinez failed to make required payments under the Loan and Merchants declared the Loan in default.

9. Merchants subsequently filed suit against Martinez and others in the District Court for the City and County of Denver captioned *Merchants Mortgage & Trust Corporation v. Worldwide Investments Firm, Inc., et al.,* Case No. 2012CV4274 ("Litigation").

10. As part of the Litigation, Merchants initiated a forcible entry and detainer action, and on or about January 15, 2013, received a Writ of Restitution to evict all persons occupying the Harrison Property.

11. Upon information and belief, on or about January 15, 2013, arrangements were made for an alarm and video surveillance system to be installed at the Harrison Property.

12. On or about January 23, 2013, the eviction of the Harrison Property occurred.

13. Upon information and belief, on or about March 1, 2013, the alarm and video surveillance systems were installed at the Harrison Property.

14. On May 22, 2013, there was a fire at the Harrison Property ("Fire"). Security video showed a male party breaking a window at the back of the Harrison Property. Later in the video, another male party is seen pouring a liquid into the broken window, igniting a piece of paper, and tossing it through the broken window. The video then shows a fire erupting inside the Harrison Property, causing substantial damage. The two males observed in the security video have not been identified or apprehended.

15. At the time of the Fire, the Harrison Property had been vacant since the January 23, 2013 eviction.

16. At the time of the Fire, Liberty Insurance was the homeowners insurance carrier for Martinez regarding the Harrison Property (Policy No. H37-298-748392-70) ("Policy").

17. A true and correct copy of the Policy is attached and incorporated here as **Exhibit A**.

18. The Policy identifies Martinez as the named insured and Merchants as the Mortgagee for the Harrison Property.

19. Merchants submitted a claim for benefits to Liberty Insurance under the Policy for damages attributable to the Fire which claim exceeds $380,000.

20. Liberty Insurance has declined benefits to Merchants because the claim is excluded by the Policy.

21. An actual controversy concerning coverage exists between Merchants and Liberty Insurance, the resolution of which will affect the interests of the parties to this action.

### FIRST CLAIM FOR RELIEF
### (Declaratory Judgment Regarding Policy)

22. The allegations in paragraphs 1 through 21, are incorporated herein by reference.

23. Section 1 of the Policy includes the "Perils Insured Against" and provides in relevant part:

SECTION I – PERILS INSURED AGAINST

\*\*\*

COVERAGES A – DWELLING and COVERAGE B OTHER STRUCTURES
We insure against risk of direct loss to property described in Coverage A and B only if that loss is a physical loss to property. *We do not insure, however, for loss*:

\*\*\*

*2.    Caused by:*

\*\*\*

   *d.    Vandalism and malicious mischief if the dwelling has been vacant for more than 30 consecutive days immediately before the loss.  A dwelling being constructed is not considered vacant.*

24. The Harrison Property was vacant since at least the January 23, 2013 eviction, the Fire occurred on May 22, 2013, and therefore since the Harrison Property had been vacant for more than 30 consecutive days prior to the claimed loss, there is no coverage under the Policy for Merchants' claim.

WHEREFORE, pursuant to the Colorado Declaratory Judgments statute, § 13-51-101 *et seq.*, C.R.S. and Fed.R.Civ.P. Rule 57, Liberty Insurance seeks a declaratory judgment concluding that Merchants' claim is not covered under the Policy, plus costs permitted by law.

## JURY DEMAND

Plaintiff demands trial to a jury of six on all issues so triable.

Respectfully submitted this 6th day of March, 2014.

DUFFORD & BROWN, P.C.

*s/ Chris G. Baumgartner*
Lawrence D. Stone, #8803
Chris G. Baumgartner, #31144
1700 Broadway, Suite 2100
Denver, CO 80290
(303) 861-8013
lstone@duffordbrown.com
cbaumgartner@duffordbrown.com

Attorneys for Plaintiff Liberty Insurance Corporation

Plaintiff's Address
175 Berkley Street
Boston, MA 02116