**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 2014-cv-701-WYD

LIBERTY INSURANCE CORPORATION, an Illinois corporation,

Plaintiff,

v.

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC, a Colorado limited liability company d/b/a MERCHANTS MORTGAGE & TRUST CORPORATION and JOSE RICARDO SARABIA MARTINEZ, an individual,

Defendants.

**SUMMONS IN A CIVIL ACTION**

To:   MERCHANTS MORTGAGE & TRUST CORPORATION, LLC
      c/o Lisa K. Shimel, Registered Agent
      4582 S. Ulster Street Parkway, Suite 1650
      Denver, CO 80237

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you receive it) – or 60 days if you are the United States or a Untied States agency, or an officer or employee of the United States described in Fed.R.Civ.P. 12(a)(2) or (3) – you must serve on the Plaintiff an answer to the attached Complaint or motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney whose name and address are:

   Chris G. Baumgartner, Esq.
   Dufford & Brown, P.C.
   1700 Broadway, Suite 2100
   Denver, CO 80290
   (303) 861-8013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint.  You also must file your answer or motion with the Court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

{00583834.1}                                                   1