UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 2014-cv-701-REB-KMT

LIBERTY INSURANCE CORPORATION, an Illinois corporation,

    Plaintiff,

v.

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC, a Colorado limited liability company d/b/a MERCHANTS MORTGAGE & TRUST CORPORATION and JOSE RICARDO SARABIA MARTINEZ, an individual,

    Defendants.

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC d/b/a MERCHANTS MORTGAGE & TRUST CORPORATION

    Counterclaim Plaintiff,

v.

LIBERTY INSURANCE CORPORATION,

    Counterclaim Defendant.

## MERCHANTS MORTGAGE & TRUST CORPORATION, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Merchants Mortgage & Trust Corporation, LLC d/b/a Merchants Mortgage and Trust Corporation ("Merchants"), by its counsel, Senn Visciano Canges, P.C., submits the following Corporation Disclosure Statement:

1

1.      Merchants is not owned or held by any parent corporation and no publicly held corporation owns 10% or more of any interests in Merchants.

| | |
|---|---|
| Dated: April 22, 2014. | SENN VISCIANO CANGES, P.C. |

_____
Erich L. Bethke, #17299
Charles E. Fuller, #43923
1700 Lincoln Street, Suite 4500
Denver, Colorado 80203
ebethke@sennlaw.com
cfuller@sennlaw.com

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

The undersigned hereby certify that on April 22, 2014, a true and correct copy of the foregoing was electronically filed and served via the CM/ECF system upon the following parties:

Dufford & Brown, P.C.
Lawrence D. Stone, Esq.
Chris G. Baumgartner, Esq.
1700 Broadway, Suite 2100
Denver, CO 80290

Mr. Martinez
251 Harrison Street
Denver, CO 80206

*/s/ Meghan Betz*
Meghan Betz