**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 2014-cv-00701-REB-KMT

LIBERTY INSURANCE CORPORATION, an Illinois corporation,

Plaintiff,

v.

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC, a Colorado limited liability company d/b/a MERCHANTS MORTGAGE & TRUST CORPORATION and JOSE RICARDO SARABIA MARTINEZ, an individual,

Defendants.

**PLAINTIFF LIBERTY INSURANCE CORPORATION'S**
**CORPORATE DISCLOSURE STATEMENT**

Liberty Insurance Corporation, by and through their attorneys, Lawrence D. Stone and Chris G. Baumgartner of Dufford & Brown, P.C., pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, submits the following Corporate Disclosure Statement:

Plaintiff Liberty Insurance Corporation is a company organized under the laws of the State of Illinois, with its principal place of business at 174 Berkeley Street, Boston, Massachusetts.

Liberty Mutual Insurance Company owns 100% of the stock of Liberty Insurance Corporation.

Liberty Mutual Group Incorporated owns 100% of the stock of Liberty Mutual Insurance Company.

LMHC Massachusetts Holdings Incorporated owns 100% of the stock of Liberty Mutual Group Incorporated.

Liberty Mutual Holding Company Incorporated owns 100% of the stock of LMHC Massachusetts Holdings Incorporate

Respectfully submitted this 15th day of May, 2014.

        DUFFORD & BROWN, P.C.

        *s/ Chris G. Baumgartner*
        Lawrence D. Stone, #8803
        Chris G. Baumgartner, #31144
        1700 Broadway, Suite 2100
        Denver, CO 80290
        (303) 861-8013
        lstone@duffordbrown.com
        cbaumgartner@duffordbrown.com

        Attorneys for Plaintiff
        Liberty Insurance Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May, 2014, a true and correct copy of the foregoing **PLAINTIFF LIBERTY INSURANCE CORPORATION'S CORPORATE DISCLOSURE STATEMENT** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification via email to the following:

Stephen B. Shapiro, Esq.
Bieging Shapiro & Barber LLP
4582 S. Ulster St. Parkway, Suite 1650
Denver, CO 80237
sbs@bsblawyers.com

      *s/ Carol J. Kelly*
      Carol J. Kelly, Legal Assistant