# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 14-cv-00701-REB-KMT

LIBERTY INSURANCE CORPORATION, an Illinois Corporation,

    Plaintiff,

v.

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC, a Colorado limited liability company, d/b/a Merchants Mortgage & Trust Corporation, and
JOSE RICARDO SARABIA MARTINEZ, an individual,

    Defendants,

and

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC, d/b/a MERCHANTS MORTGAGE & TRUST CORPORATION,

    Counterclaim Plaintiff,

v.

LIBERTY INSURANCE CORPORATION, an Illinois Corporation,

    Counterclaim Defendant.

---

## ORDER OF DISMISSAL AS TO DEFENDANT
## JOSE RICARDO SARABIA MARTINEZ, ONLY

**Blackburn, J.**

    The matter is before the court on the **Notice of Dismissal of Jose Ricardo Sarabia Martinez Without Prejudice** [#33][1] filed July 22, 2014. After reviewing the

---

[1] "[#33]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

notice and the record, I conclude that the notice should be approved and that plaintiff's claims against defendant Jose Ricardo Sarabia Martinez should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Dismissal of Jose Ricardo Sarabia Martinez Without Prejudice** [#33] filed July 22, 2014, is **APPROVED**;

2. That plaintiff's claims against defendant Jose Ricardo Sarabia Martinez are **DISMISSED WITHOUT PREJUDICE**; and

3. That defendant Jose Ricardo Sarabia Martinez is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated July 23, 2014, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge