**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-00701-REB-KMT

LIBERTY INSURANCE CORPORATION, an Illinois corporation,

    Plaintiff,

v.

MERCHANTS MORTGAGE & TRUST CORPORATION, LLC, a Colorado limited liability company d/b/a MERCHANTS MORTGAGE & TRUST CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before me on the **Stipulation of Dismissal With Prejudice** [#65],[1] filed January 22, 2015.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice, with the parties to pay their own attorney fees and costs.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#65], filed January 22, 2015, is **APPROVED**;

    2.  That the Final Pretrial Conference and Trial Preparation Conference set June 6, 2015, at 10:00 a.m., and the trial set to commence on June 22, 2015, are **VACATED**;

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and  electronic case filing system (CM/ECF).  I use this convention throughout this order.

3.  That all pending motions, including but not limited to (a) **Merchants Mortgage's Motion for Partial Summary Judgment for Declaration That Loss Caused by Fire is Covered by Insurance** [#43], filed August 29, 2014; and (b) plaintiff's **Motion for Summary Judgment** [#45], filed August 29, 2014, are **DENIED AS MOOT**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 23, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge